IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-cr-00183-REB

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**2. APRIL BURKE**,

    Defendant.

---

**ORDER GRANTING DEFENDANT APRIL BURKE TO DEPART THE JURISDICTION TO VISIT HER BROTHER IN THE HOSPITAL IN TUCSON, ARIZONA**

---

**THIS MATTER,** having come before this Court on the Probation Office's Motion to allow the defendant to depart the jurisdiction to visit her brother who is hospitalized in Tucson, Arizona. This Court

**GRANTS** said motion. The Court further orders that Defendant shall return to Colorado no later than midnight on April 1, 2009.

DONE and DATED at Denver, Colorado, this 27th day of March, 2009.

BY THE COURT:

_____
Kristen L. Mix
United States Magistrate Judge