# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Date: April 2, 2009

Courtroom Deputy: Nel Steffens
Court Reporter: Suzanne Claar
Probation Officer: Michelle Means

**Criminal Action No. 07–cr–00183–REB**

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Gregory Rhodes |
| Plaintiff, | |
| v. | |
| 2. APRIL BURKE, | Lisa Wayne |
| Defendant. | |

## SENTENCING MINUTES

**11:17 a.m.  Court in session.**

Appearances of counsel.

Defendant is present on bond.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed.R.Crim.P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and six addenda.

Counsel for the government confirms that counsel has read the presentence report and addenda.

Counsel for the defendant informs the Court that counsel has read and discussed the presentence report and addenda with the defendant.

Counsel for the defendant makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentence.

Defendant is sworn.

Statement by the defendant.

The Court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

**IT IS ORDERED** as follows:

1. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

2. That the pending motions are resolved as follows:

    - The **Government's Motion for Downward Departure Pursuant to §5K1.1 of the Sentencing Guidelines and Title 18 U.S.C.§3553(e)** [#869], filed February 2, 2009, is **GRANTED**;

    - The **Government's Motion and Notice of Sentencing Factors** [#870], filed February 2, 2009, is **DENIED** as moot;

    - The **Government's Motion to Dismiss** [#871], filed February 2, 2009, is **GRANTED**;

    - The **Amended Government's Motion and Notice of Sentencing Factors** [#872], filed February 3, 2009, is **GRANTED**;

    - The defendant's sealed motion [#875], filed February 3, 2009, is **GRANTED** consistent with the foregoing findings and conclusions and the following orders;

    - The defendant's sealed motion [#905], filed March 22, 2009, is **GRANTED** consistent with the foregoing findings and conclusions and the following orders;

3. That judgment of conviction under Fed.R.Crim.P. 32(k) is entered on Count Thirty-Four of the Indictment;

4. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is sentenced to supervised probation for a term **five years**, commencing immediately, during which term the defendant shall be subject to the supervision of this court and its probation department;

5. That while on supervised probation, the defendant shall comply with the following conditions of supervised probation:

    - all mandatory conditions of supervised probation, prescribed by law at 18 U.S.C. § 3583(d) and USSG §5D1.3(a);

    - all standard conditions of supervised probation approved and imposed by this court in all such cases and circumstances; and

    - the following explicit or special conditions of supervised probation:

        - that the defendant shall not violate any federal, state, or municipal statute, regulation, or ordinance in any jurisdiction or place where defendant may be during the term of supervised probation;

        - that the defendant shall not possess or use illegally controlled substances;

        - that the defendant shall not possess or use any firearm or destructive device as defined under federal law at 18 U.S.C. § 921;

        - that the defendant shall cooperate in the collection of a sample of defendant's DNA;

        - that the defendant shall submit to one drug test within fifteen (15) days from defendant's release from imprisonment, as directed by the probation department, and thereafter, to at least two periodic tests for the use of controlled substances as directed and determined by the court;

6. That no fine is imposed;

7. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00; and

8. That an order of forfeiture and judgment shall be entered under Fed.R.Crim.P. 32.2(b)(3) and 21 U.S.C. § 853, on Count Sixty of the Indictment;

The Defendant waives formal advisement of appeal.

**12:02 p.m. Court in recess.**

Total time in court: 00:45

Hearing concluded.