**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No.  07-cr-00183-REB-02

UNITED STATES OF AMERICA,

  Plaintiff,

v.

2.  APRIL BURKE,

  Defendant.

## ORDER EXONERATING BOND

  This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was remanded to the custody of the United States Marshal at sentencing, or has self-surrendered to the designated facility, as confirmed by the United States Bureau of Prisons.  As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.  Accordingly, it is

  **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.  It is further

  **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

  Dated April 13, 2009, at Denver, Colorado.

            BY THE COURT:

            *Bob Blackburn*
            Robert E. Blackburn
            United States District Judge